## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CURTIS WILLIAMS** | *   **CIVIL ACTION NO.: 18-02008** |
| | * |
| | *   **SECTION "G" (3)** |
| **v.** | * |
| | *   **JUDGE IVAN L.R. LEMELLE** |
| | * |
| **AMERICAN COMMERCIAL BARGE** | *   **MAG. JUDGE MICHAEL NORTH** |
| **LINES LLC** | * |

## UNSWORN DECLARATION OF LORI A. WASBUTSKY UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Lori A. Wasbutsky, hereby declare under penalty of perjury under the laws the United States of America that the following facts are within my personal knowledge and are true and correct:

1. I am the Senior Risk Analyst and Leave Supervisor for American Commercial Barge Line LLC.

2. I have personal knowledge regarding the information set forth in this Declaration and the documents attached as exhibits hereto.

3. On or about January 15, 2016, Mr. Williams informed ACBL that he would be taking a medical leave of absence.

4. Mr. Williams did not relate his medical leave of absence to any illness or injury that occurred while in the service of a vessel.

5. On or about January 15, 2016, the ACBL Leaves Department sent Mr. Williams a letter advising him of his rights under the Family Medical Leave Act ("FMLA") during his medical leave.  Enclosed with this correspondence were the following forms: (1) U.S. Department of Labor's Notice of Eligibility and Rights and Responsibilities; (2)



**EXHIBIT**

**A**

U.S. Department of Labor's Certification of Health Provider for Employee's Serious Health Condition; and (3) Certificate of Disability/Employee Statement.

6.  The letter also advised Mr. Williams of his eligibility to participate in ACBL's Pay Continuance Plan.

7.  ACBL's Pay Continuance Plan is an optional program offered by ACBL through which its employees can receive short-term benefit payments while on approved medical leave.

8.  This optional program is wholly separate from ACBL's administration of maintenance and cure benefits under the Jones Act.

9.  On or about January 28, 2016, Mr. Williams applied for the Pay Continuance Plan benefits offered by ACBL.  The document attached hereto as Item I is a true and correct copy of the Pay Continuance Plan application, which was executed by Mr. Williams and returned to ACBL by facsimile on February 4, 2016.

10. Mr. Williams' application for Pay Continuance Plan benefits was approved on or about February 8, 2016, and he received the benefits for which he applied.

11. Mr. Williams received $684.81 a week in pay continuance payments.

12. On August 3, 2016, Mr. Williams notified ACBL that he would be taking a second medical leave of absence.

13. On August 3, 2016, the ACBL Leaves Department sent Mr. Williams a letter advising him of his rights under the Family Medical Leave Act ("FMLA") during his medical leave.  Enclosed with this correspondence were the following forms: (1) U.S. Department of Labor's Notice of Eligibility and Rights and Responsibilities; (2) U.S. Department of Labor's Certification of Health Provider for Employee's Serious Health Condition; and (3) Certificate of Disability/Employee Statement.  The documents attached hereto as Item II are true and correct copies of the letter sent to Mr. Williams on August 3, 2016, as well as all enclosed forms.

14. Included in this package, was an ACBL Pay Continuance Form. *See* Item II.

15. On or about August 11, 2016, Mr. Williams applied again for the Pay Continuance Plan benefits offered by ACBL. The document attached hereto as Item III is a true and correct copy of the Pay Continuance Plan application, which was executed by Mr. Williams and returned to ACBL by facsimile on August 24, 2016.

16. Mr. Williams' application for Pay Continuance Plan benefits was approved on August 25, 2016, and he received the benefits for which he applied. The document attached hereto as Item IV is a true and correct copy of the August 25, 2016 letter sent to Mr. Williams approving his pay continuance plan application.

17. Mr. Williams received pay continuance benefit payments of $684.81 per week.

**Lori A. Wasbutsky**
**Sr. Risk Analyst and Leave Supervisory**
**American Commercial Barge Line LLC**

4/27/18

**Date**

Feb 04 16 12:20p      God's Hands                           225-775-0771          p.9

Jan 28 16 01:11p      God's Hands                           225-775-0771          p.9



**Pay Continuance**

** This form must be completed to receive disability pay

Please fax your response to 1-855-351-3635

## ATTENDING PHYSICIAN'S STATEMENT OF FUNCTIONALITY

**To be completed by the Employee**

Patient Name: Curtis Williams  Social Security Number: [REDACTED]    Date of Birth: [REDACTED]

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing. I agree to fully cooperate and participate in all medically directed treatment, as necessary. Failure to do so could result in loss of the pay continuance benefit offered to me by ACBL. I further agree that in the event I file a claim or lawsuit against ACBL relating to the pay continuance program and/or the incident giving rise to the illness and/or injury that is the subject of my leave of absence from work, such suit will only be filed in the U.S. District Court for the Southern District of Indiana, New Albany Division and I will make no effort to have such lawsuit or claim transferred or moved to any other court.

Signed (Patient): _Cts Willi_           Date: _01-28-2016_

To be completed by the Attending Physician *(The patient is responsible for the completion of this form without expense to the Company)*

Please Note: Completion of this entire form will allow us to better assess your patient's disability claim.

---

Patient's condition is the result of: ☐ Sickness ☑ Injury ☐ Pregnancy

If pregnancy, what is the expected date of delivery? Month_____ Day_____ Year_____

Is condition due to illness or an injury that is work related? ☐ Yes ☐ No

**DIAGNOSIS**

Primary diagnosis: _R10.2   M25.552 - hip pain, groin pain_    ICD-10 Code: _____

Secondary diagnosis(es): _____    ICD-10 Code(s): _____

Subjective symptoms: _pain to left groin_ _____

Blood pressure: _103/70_    Date BP taken: _2/3/16_    Height: _____    Weight: _176 15_

Pertinent Test Results (list all results, or enclose test):

Test: _hip x-ray - neg_    Date: _____    Results: _____

Test: _____    Date: _____    Results: _____

Physical Examination Findings: _tender to palpation ⊕ inguinal area_ _____

Current Medications, Dosage and Frequency: _Medrol Dos pack - as directed_ _____

---

Item I

Please call 1-888-805-5129 if you have any questions. Page 1 of 2

02/04/2016   12:42PM (GMT-05:00)

Feb 04 16 12:21p      God's Hands                    225-775-0771          p.10

Jan 28 16 01:12p      God's Hands                    225-775-0771          p.10

## Please fax your response to 1-855-351-3635

**TREATMENTS**

Date your patient reported stopping work: 1/7/16   Date of Disability: 1/4/16   Expected Return to Work Date: 3/18/16

Date you first treated this patient: 8/31/05 ?   Date you first treated this patient for this condition: 10/15/15

Date of reported onset of this condition: 10/14/15   Date of most recent treatment: 2/3/16

How often has patient been seen/treated for this condition? Once a month   Date of next office visit: ~ not returned to

Has patient been referred to any other physician? ☑Yes ☐ No If "Yes," Date(s): 2/3/16

Name of Physician(s): Jeremy Comeaux

Telephone Number of Physician(s): _____ Specialty: PMR

Has surgery been performed? ☐ Yes ☑No  Is surgery planned? ☐ Yes ☐ No

If "Yes," Date: _____ Procedure: _____ CPT Code: _____

Was patient hospitalized for this condition? ☐ Yes ☑ No

If "Yes," Name of Hospital: _____ Telephone Number of Hospital: _____

Date(s) admitted: _____ Date(s) Discharged: _____

Hand dominance: ☐ R ☐ L  N/a

Is the patient's vision impaired? ☐ Yes ☐ No N/a

Best corrected visual acuity: R _____ L _____ N/A

Does the patient have a psychiatric / cognitive impairment? Yes (No) If "Yes," please describe the extent of the impairment and its etiology: _____

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☑Yes ☐ No

Current restrictions or limitations, if different from above: Unable to lift / push / pull greater than 10 lbs

☐Improved ☐ Retrogressed ☐ Unchanged

Expected duration of any current restriction(s) or limitation(s) listed above: _____

Can the patient participate in vocational rehabilitation services (this may include worksite accommodations, identifying alternative work, and or retraining assistance)? ☑Yes ☐ No If "No," anticipated date they can participate: _____

Attending Physician's Name: Brad Gaspard   Telephone Number: 225 763-4950

License Number: 13873   EIN Number: _____ Fax Number 225 763-4069

Degree: _____ Specialty: _____

Street Address: Brad J Gaspard, M.D.  City: _____ State: _____ Zip Code: _____
                8595 Picardy Ave., STE. 100
Signature: Baton Rouge, LA 70809   Date signed: 2-3-16

Please call 1-888-805-5129 if you have any questions. Page 2 of 2



**American**
**Commercial Barge Line**

1701 East Market Street, Jeffersonville IN 47130-4717

August 3, 2016

Curtis Williams
42452 Goldstone Ave
Prairieville, LA  70769-6298

Dear Curtis:

The ACBL Leaves Department received notification that you will not be actively at work commencing on Aug 2,2016.  To ensure compliance with the U.S. Department of Labor's Family Medical Leave Act (FMLA) and American Commercial Barge Line policies and/or to apply for your Pay Continuance Benefits, you must review, complete and return the appropriate paperwork.

Enclosed please find the following forms:

1. **Pay Continuance Form**.  Please complete the top portion of this form, including your name, social security number, date of birth and signature.  Have your physician complete the rest. This form is not required if you are only seeking underlined unpaid FMLA leave.  See No.4 below.
2. **Certificate of Disability/Employee Statement**. Please complete the top section in its entirety. Review the authorization and sign and date at the bottom of the page.
3. **U.S Department of Labor's Notice of Eligibility and Rights and Responsibilities (FMLA).** Please review your rights and responsibilities under FMLA.  You do not need to return this form as it is for informational purposes only.
4. **U.S Department of Labor's Certification of Health Care Provider for Employee's Serious Health Condition (FMLA).** If you are seeking unpaid Family Medical Leave, please have your physician complete Section III.  If you are seeking paid leave, you do not need to complete this form because your FML can be approved off of the Pay Continuance form.

Please return all forms within 15 days of this letter to the ACBL Leaves Department for processing and/or approval.  Forms can be emailed to ACBLLeaves@BargeACBL.com or faxed to 1-855-351-3635.

You are required to submit recertification from your health care provider for the verification of continuance of your condition every 30 days.  Failure to provide the medical certification when requested may result in the withdrawal of your leave and/or pay continuance and may jeopardize your job protection under the Family Medical Leave Act.  It is company policy to perform a drug screen for any employees on leave for more than 60 days before they are able to return to work.

If you have any questions please call the ACBL Leaves Department toll free 888-805-5129 or email ACBLLeaves@BargeACBL.com.

Thank you,

ACBL Leaves Department



# Notice of Eligibility and Rights & Responsibilities
(Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division



OMB Control Number: 1235-0003
Expires: 5/31/2016

In general, to be eligible an employee must have worked for an employer for at least 12 months, meet the hours of service requirement in the 12 months preceding the leave, and work at a site with at least 50 employees within 75 miles. While use of this form by employers is optional, a fully completed Form WH-381 provides employees with the information required by 29 C.F.R. § 825.300(b), which must be provided within five business days of the employee notifying the employer of the need for FMLA leave. Part B provides employees with information regarding their rights and responsibilities for taking FMLA leave, as required by 29 C.F.R. § 825.300(b), (c).

## [Part A – NOTICE OF ELIGIBILITY]

TO: **Curtis Williams**
Employee

FROM: **Lori Wasbutsky**
Employer Representative

DATE: **Aug 03, 2016**

On **Aug 3,2016**_____, you informed us that you needed leave beginning on **Aug 2,2016**_____ for:

_____ The birth of a child, or placement of a child with you for adoption or foster care;

__X__ Your own serious health condition;

_____ Because you are needed to care for your _____ spouse; _____ child; _____ parent due to his/her serious health condition.

_____ Because of a qualifying exigency arising out of the fact that your _____ spouse; _____ son or daughter; _____ parent is on covered active duty or call to covered active duty status with the Armed Forces.

_____ Because you are the _____ spouse; _____ son or daughter; _____ parent; _____ next of kin of a covered service member with a serious injury or illness.

This Notice is to inform you that you:

__X__ Are eligible for FMLA leave (See Part B below for Rights and Responsibilities)

_____ Are **not** eligible for FMLA leave, because (only one reason need be checked, although you may not be eligible for other reasons):

_____ You have not met the FMLA's 12-month length of service requirement. As of the first date of requested leave, you will have worked approximately ____ months towards this requirement.

_____ You have not met the FMLA's hours of service requirement.

_____ You do not work and/or report to a site with 50 or more employees within 75-miles.

If you have any questions, contact **ACBL Leaves Department at 1-888-805-5129**_____ or view the

FMLA poster located in _____

## [PART B-RIGHTS AND RESPONSIBILITIES FOR TAKING FMLA LEAVE]

As explained in Part A, you meet the eligibility requirements for taking FMLA leave and still have FMLA leave available in the applicable 12-month period. **However, in order for us to determine whether your absence qualifies as FMLA leave, you must return the following information to us by** ___08/18/16___, (If a certification is requested, employers must allow at least 15 calendar days from receipt of this notice; additional time may be required in some circumstances.) If sufficient information is not provided in a timely manner, your leave may be denied.

__X__ Sufficient certification to support your request for FMLA leave. A certification form that sets forth the information necessary to support your request __X__ is/ ____ is not enclosed.

_____ Sufficient documentation to establish the required relationship between you and your family member.

_____ Other information needed (such as documentation for military family leave): _____

_____

_____

_____ No additional information requested

CONTINUED ON NEXT PAGE   Form WH-381 Revised February 2013

If your leave does qualify as FMLA leave you will have the following responsibilities while on FMLA leave (only checked blanks apply):

__X__  Contact **ACBL Leaves Department** at **1-888-805-5129** to make arrangements to continue to make your share of the premium payments on your health insurance to maintain health benefits while you are on leave. You have a minimum 30-day (or, indicate longer period, if applicable) grace period in which to make premium payments. If payment is not made timely, your group health insurance may be cancelled, provided we notify you in writing at least 15 days before the date that your health coverage will lapse, or, at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.

__X__  You will be required to use your available paid _____ sick, _____ vacation, and/or __X__ other leave during your FMLA absence. This means that you will receive your paid leave and the leave will also be considered protected FMLA leave and counted against your FMLA leave entitlement.

_____  Due to your status within the company, you are considered a "key employee" as defined in the FMLA. As a "key employee," restoration to employment may be denied following FMLA leave on the grounds that such restoration will cause substantial and grievous economic injury to us. We ___ have/ ___ have not determined that restoring you to employment at the conclusion of FMLA leave will cause substantial and grievous economic harm to us.

__X__  While on leave you will be required to furnish us with periodic reports of your status and intent to return to work every _____ (Indicate interval of periodic reports, as appropriate for the particular leave situation).

If the circumstances of your leave change, and you are able to return to work earlier than the date indicated on the this form, you will be required to notify us at least two workdays prior to the date you intend to report for work.

If your leave does qualify as FMLA leave you will have the following rights while on FMLA leave:

You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12-month period calculated as:

_____  the calendar year (January – December).

_____  a fixed leave year based on _____

_____  the 12-month period measured forward from the date of your first FMLA leave usage.

__X__  a "rolling" 12-month period measured backward from the date of any FMLA leave usage.

You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered servicemember with a serious injury or illness. This single 12-month period commenced on _____

Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work.

You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA-protected leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.)

If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence, or onset of a covered servicemember's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you may be required to reimburse us for our share of health insurance premiums paid on your behalf during your FMLA leave.

If we have not informed you above that you must use accrued paid leave while taking your unpaid FMLA leave entitlement, you have the right to have ___ sick, ___ vacation, and/or __X__ other leave run concurrently with your unpaid leave entitlement, provided you meet any applicable requirements of the leave policy. Applicable conditions related to the substitution of paid leave are referenced or set forth below. If you do not meet the requirements for taking paid leave, you remain entitled to take unpaid FMLA leave.

_____ For a copy of conditions applicable to sick/vacation/other leave usage please refer to _____ available at: _____

_____ Applicable conditions for use of paid leave: _____

Once we obtain the information from you as specified above, we will inform you, within 5 business days, whether your leave will be designated as FMLA leave and count towards your FMLA leave entitlement. If you have any questions, please do not hesitate to contact:

**ACBL Leaves Department** at **1-888-805-5129**

PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT
It is mandatory for employers to provide employees with notice of their eligibility for FMLA protection and their rights and responsibilities. 29 U.S.C. § 2617; 29 C.F.R. § 825.300(b), (c). It is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 10 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND THE COMPLETED FORM TO THE WAGE AND HOUR DIVISION.

Form WH-381 Revised February 2013

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division



OMB Control Number: 1235-0003
Expires: 5/31/2018

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact:   American Commercial Barge Line 1-888-805-5129  Fax: 1-855-351-3635

Employee's job title:   Deckhand                    Regular work schedule:   14 days on the boat / 7 days off

Employee's essential job functions:

Check if job description is attached:   X

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name:   Curtis Williams

| First | Middle | Last |

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address:

Type of practice / Medical specialty:

Telephone: (        )                    Fax:(        )

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: _____

    Probable duration of condition: _____

    **Mark below as applicable:**
    Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
    ___No   ___Yes. If so, dates of admission:

    _____

    Date(s) you treated the patient for condition:

    _____

    Will the patient need to have treatment visits at least twice per year due to the condition?   ___No   ___ Yes.

    Was medication, other than over-the-counter medication, prescribed?   ___No   ___Yes.

    Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
    ____No   ____Yes. If so, state the nature of such treatments and expected duration of treatment:

    _____

2. Is the medical condition pregnancy?   ___No   ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to
   provide a list of the employee's essential functions or a job description, answer these questions based upon
   the employee's own description of his/her job functions.

    Is the employee unable to perform any of his/her job functions due to the condition:   ____No   ____Yes.

    If so, identify the job functions the employee is unable to perform:

    _____

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave
   (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use
   of specialized equipment):

    _____

    _____

    _____

    _____

    _____

    _____

    _____

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery?  ____No  ____Yes.

      If so, estimate the beginning and ending dates for the period of incapacity:  _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition?  ____No  ____Yes.

      If so, are the treatments or the reduced number of hours of work medically necessary?  ____No  ____Yes.

      Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

      _____

      Estimate the part-time or reduced work schedule the employee needs, if any:

      _____ hour(s) per day;  _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions?  ____No  ____Yes.

      Is it medically necessary for the employee to be absent from work during the flare-ups?
      _____ No  _____Yes. If so, explain:

      _____

      _____

      Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency         _____ times per _____ week(s) _____ month(s)

      Duration:  _____ hours or ____ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

_____

_____

_____

_____

_____

_____

      CONTINUED ON NEXT PAGE       Form WH-380-E Revised May 2015

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Signature of Health Care Provider**          **Date**

### PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**



**Pay Continuance**
** This form must be completed to receive disability pay

### Please fax your response to 1-855-351-3635

## ATTENDING PHYSICIAN'S STATEMENT OF FUNCTIONALITY

To be completed by the Employee

Patient Name: <u>Curtis Williams</u>   Social Security Number:_____   Date of Birth:_____

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing. I agree to fully cooperate and participate in all medically directed treatment, as necessary. Failure to do so could result in loss of the pay continuance benefit offered to me by ACBL. I further agree that in the event I file a claim or lawsuit against ACBL relating to the pay continuance program and/or the incident giving rise to the illness and/or injury that is the subject of my leave of absence from work, such suit will only be filed in the U.S. District Court for the Southern District of Indiana, New Albany Division and I will make no effort to have such lawsuit or claim transferred or moved to any other court.

Signed (Patient):_____   Date:_____

To be completed by the Attending Physician *(The patient is responsible for the completion of this form without expense to the Company)*

Please Note: Completion of this entire form will allow us to better assess your patient's disability claim.

Patient's condition is the result of: ☐ Sickness ☐ Injury ☐ Pregnancy
If pregnancy, what is the expected date of delivery? Month_____ Day_____ Year_____
Is condition due to illness or an injury that is work related? ☐ Yes ☐ No

DIAGNOSIS

Primary diagnosis:_____ ICD-10 Code: _____

Secondary diagnosis(es):_____ ICD-10 Code(s):_____

Subjective symptoms:_____

Blood pressure: _____Date BP taken:_____ Height:_____ Weight:_____

Pertinent Test Results (list all results, or enclose test):

Test:_____ Date: _____Results:_____

Test:_____ Date: _____Results:_____

Physical Examination Findings:_____

_____

Current Medications, Dosage and Frequency:_____

_____

## Please fax your response to 1-855-351-3635

**TREATMENTS**

Date your patient reported stopping work:_____ Date of Disability:_____ Expected Return to Work Date:_____

Date you first treated this patient: _____Date you first treated this patient for this condition:_____

Date of reported onset of this condition:_____ Date of most recent treatment:_____

How often has patient been seen/treated for this condition? _____ Date of next office visit: _____

Has patient been referred to any other physician? ☐ Yes  ☐ No  If "Yes," Date(s):_____

Name of Physician(s):_____

Telephone Number of Physician(s):_____ Specialty:_____

Has surgery been performed? ☐ Yes ☐ No  Is surgery planned? ☐ Yes ☐ No

If "Yes," Date:_____ Procedure:_____ _____CPT Code:_____

Was patient hospitalized for this condition? ☐ Yes ☐ No

If "Yes," Name of Hospital:_____ Telephone Number of Hospital:_____

Date(s) admitted:_____ Date(s) Discharged:_____

**Hand dominance:** ☐ R  ☐ L

**Is the patient's vision impaired?** ☐ Yes  ☐ No

Best corrected visual accuity: R_____ L_____

Does the patient have a psychiatric / cognitive impairment? Yes No If "Yes," please describe the extent of the impairment and its etiology:_____

_____

**Do you believe the patient is competent to endorse checks and direct the use of the proceeds?** ☐ Yes  ☐ No

_____

Current restrictions or limitations, if different from above:_____

_____ ☐Improved ☐ Retrogressed ☐ Unchanged

Expected duration of any current restriction(s) or limitation(s) listed above: _____

Can the patient participate in vocational rehabilitation services (this may include worksite accommodations, identifying alternative work, and or retraining assistance)? ☐ Yes  ☐ No  If "No," anticipated date they can participate: _____

Attending Physician's Name:_____ Telephone Number:_____

License Number:_____ EIN Number:_____ Fax Number_____

Degree:_____ Specialty:_____

Street Address:_____ City:_____ State:_____ Zip Code:_____

Signature:_____ Date signed:_____



# Certificate of Disability/Employee Statement

**American Commercial Barge Line**

** This form must be completed to receive disability pay

## Please fax your response to 1-855-351-3635

**To be completed by the Employee**

Employee's Name: _____ Curtis Williams _____
(First)     (MI)     (Last)

Date of Birth **OR** Social Security Number: _____ Expected RTW Full Duty: _____

Phone Number:_____ Expected RTW Restricted:_____

Brief Description of Illness or Injury (include affected areas):_____

_____

_____

Primary Physician:_____

Date Last Seen:_____Next Appointment:_____

Other Physicians Seen for the Conditions:

Physician Name:_____Date Last Seen:_____

Physician Name:_____Date Last Seen:_____

Describe Treatment to Date:_____

_____

_____

Comments/Remarks:_____

_____

**EMPLOYEE AUTHORIZATION FOR PHYSICIAN RELEASE OF PROTECTED HEALTH INFORMATION UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 AND/OR FAMILY MEDICAL LEAVE ACT OF 1993.**

I request and hereby authorize the physicians or other health care providers named in this statement (and their affiliates) to release to representatives of my employer (American Commercial Barge Line LLC and its affiliates) all information about my above-referenced medical condition that may directly or indirectly affect my ability to work, including but not limited to records, reports, charts, and/or any imaging or diagnostic films. I acknowledge and further authorize my employer (and its affiliates) to disclose this information to any third-party insurance carrier or claims administrator to the extent necessary to process and/or administer my claim for benefits under my employer's disability plans, including Short Term Disability, Long Term Disability and the Workers' Compensation programs (inclusive of Jones Act and U.S. Longshore and Harbor Act) (the "Programs"). I further acknowledge that information disclosed by a physician or other health care provider pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by federal or state privacy laws. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on my signing this or any other authorization. I know that I do not have to sign this form and it is strictly voluntary. My choice about whether to sign this form will not change the way my health care providers treat me. I may inspect or copy any protected health information to be used or disclosed as allowed on this form. I understand I have a right to receive a copy of this form after I sign it.

**Expiration.** This authorization shall expire with respect to a particular physician 30 days after my return to work without restrictions.

**Right to Revoke.** I acknowledge that I have the right to revoke this authorization, provided that the revocation is in writing, delivered to the affected physician or other health care provider, except that such revocation shall not affect any action that such physician or other health care provider has already taken in reliance on the authorization. I understand that revocation of this authorization may impair my ability to obtain benefits under one or more of the Programs.

**Employee/Patient Signature:**_____**Date:**_____
A copy of this authorization shall be considered as effective and valid as the original.

Please call 1-888-805-5129 if you have any questions. **Page 1 of 1**



**Pay Continuance**

** This form must be completed to receive disability pay

**Commercial Barge Line**

Please fax your response to 1-855-351-3635

## ATTENDING PHYSICIAN'S STATEMENT OF FUNCTIONALITY

To be completed by the Employee

Patient Name: <u>Curtis Williams</u>   Social Security Number: ▮▮▮▮▮   Date of Birth: ▮▮▮▮

I hereby authorize release of information on this form by the below named physician for the purpose of claim processing. I agree to fully cooperate and participate in all medically directed treatment, as necessary. Failure to do so could result in loss of the pay continuance benefit offered to me by ACBL. I further agree that in the event I file a claim or lawsuit against ACBL relating to the pay continuance program and/or the incident giving rise to the illness and/or injury that is the subject of my leave of absence from work, such suit will only be filed in the U.S. District Court for the Southern District of Indiana, New Albany Division and I will make no effort to have such lawsuit or claim transferred or moved to any other court.

Signed (Patient): _____    Date: _8/11/16_

To be completed by the Attending Physician *(The patient is responsible for the completion of this form without expense to the Company)*

Please Note: Completion of this entire form will allow us to better assess your patient's disability claim.

Patient's condition is the result of: ☐ Sickness ☐ Injury ☐ Pregnancy
If pregnancy, what is the expected date of delivery? Month _____ NA Day _____ Year _____
Is condition due to illness or an injury that is work related? ☐ Yes ☑ No

**DIAGNOSIS**

Primary diagnosis: _Low Back Pain_                ICD-10 Code: _M54.5_

Secondary diagnosis(es): _Radiculopathy, Lumbar Region_    ICD-10 Code(s): _M54.16_

Subjective symptoms: _low back pain radiating into thighs_

Blood pressure: _104/73_   Date BP taken: _8/9/16_   Height: _73"_   Weight: _175_

Pertinent Test Results (list all results, or enclose test):

Test: _____    Date: _____    Results: _____

Test: _____    Date: _____    Results: _____

Physical Examination Findings: _records reviewed show significant desiccation of disc @ L5-S1 w/a posterior annular tear_

Current Medications, Dosage and Frequency: _methocarbamol 750mg 1-2 Q8 hrs as needed for muscle spasm_

**Item III**

Please call 1-888-805-5129 if you have any questions. Page 1 of 2

## Please fax your response to 1-855-351-3635

**TREATMENTS**

Date your patient reported stopping work: 9/9/16   Date of Disability: 8/9/16   Expected Return to Work Date: 8/26/16

Date you first treated this patient: 8/9/16   Date you first treated this patient for this condition: 8/9/16

Date of reported onset of this condition: 10/2015   Date of most recent treatment: 8/9/16

How often has patient been seen/treated for this condition? once   Date of next office visit: 9/6/16

Has patient been referred to any other physician? ☐ Yes  ☑No  If "Yes," Date(s):_____

Name of Physician(s):_____

Telephone Number of Physician(s):_____ Specialty:_____

Has surgery been performed? ☐ Yes  ☑No  Is surgery planned? ☐ Yes  ☑No

If "Yes," Date:_____ Procedure:_____ CPT Code:_____

Was patient hospitalized for this condition? ☐ Yes  ☑No

If "Yes," Name of Hospital:_____ Telephone Number of Hospital:_____

Date(s) admitted:_____ Date(s) Discharged:_____

Hand dominance: ☑R  ☐ L

Is the patient's vision impaired? ☐ Yes  ☐ No

Best corrected visual acuity: R_____ L_____

Does the patient have a psychiatric / cognitive impairment? Yes No If "Yes," please describe the extent of the impairment
and its etiology:_____

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☑Yes  ☐ No

Current restrictions or limitations, if different from above: No heavy lifting >20 lbs. occasionally, 10 lbs
frequently, No bending / tw. sitg + lifting   ☐Improved ☐ Retrogressed ☐ Unchanged

Expected duration of any current restriction(s) or limitation(s) listed above: 3 months - 6 months

Can the patient participate in vocational rehabilitation services (this may include worksite accommodations, identifying
alternative work, and or retraining assistance)? ☑ Yes  ☐ No  If "No," anticipated date they can participate:_____

Attending Physician's Name: Richard A. Stanger MD   Telephone Number: 225-769-2200

License Number:_____ EIN Number: 72-0827144  Fax Number 225-768-2814

Degree: MD   Specialty: NeuroSurgery

Street Address: 10101 Park Rowe Ave Ste 200 City: Baton Rouge State: LA  Zip Code: 70810

Signature:_____   Date signed: 8/23/16

Please call 1-888-805-5129 if you have any questions. Page 2 of 2

08/24/2016  4:15PM (GMT-04:00)



**American**
Commercial Barge Line

1701 East Market Street, Jeffersonville IN 47130-4717

August 25, 2016

Curtis Williams
42452 Goldstone Ave
Prairieville, LA  70769-6298

Dear Curtis:

Your Pay Continuance claim has been approved.

Based on the documentation received to date, your claim has been approved from Aug 2,2016 through Sep 10,2016.

You will receive pay continuance benefit payments on your regular payroll dates.  These payments will be less taxes, statutory and employee – authorized payroll deduction in accordance with the Company's regular practices and procedures.

You are required to contact/update the ACBL Leaves Department:
- Within 2 business days of  Sep 10,2016 to update your status; or
- If you have a change in your medical condition or status that may affect the date you are expected to return to work *(Find enclosed a copy of the forms that need to be returned to us to extend/update your leave Status.)*

You will not be authorized to return to work until you have been cleared by the ACBL Leaves Department.

Please note that your benefits will end the earliest of:
- You no longer meets the definition of Disability;
- You or a legally qualified physician fails to timely provide information requested by the Plan Administrator sufficient to prove continued Disability;
- You exhaust the allotted 26 weeks of benefits;
- You cease to comply with the course of treatment recommended by the physician for the Disability;
- You refuse to be examined/evaluated for purposes of determining the continuing nature of the Disability;
- ACBL determines that you have or are engaged in conduct that would result in "termination for cause"; or
- The employee is deceased.

You may contact the ACBL Leaves Department by:
- Calling 888-805-5129 (option #2)
- Faxing documentation to 1-855-351-3635; or
- Via email at ACBLLeaves@BargeACBL.com

If you have any questions feel free to contact us.

Sincerely,

ACBL Leaves Department



Item IV