IN THE CLARK CIRCUIT COURT NO. 2

STATE OF INDIANA

LAWRENCE L. GLEGHORN

V.                                                        CASE NO: 10C02-1610-CT-178

AMERICAN COMMERCIAL BARGE
LINE, LLC and UTV NANCY ALLEN

## ORDER FINDING INCORRECT VENUE

This matter comes before the court on Motion of the Defendants to dismiss for improper venue pursuant to Trial Rule 12(b)(3). The parties all appeared by counsel, and the court having heard argument of the parties and having reviewed the written submissions, now finds and orders as follows:

1. Defendants have moved for a dismissal pursuant to Indiana Trial Rule 12(b)(3), alleging improper venue;

2. This claim for damages arises from injuries allegedly sustained by the Plaintiff when he worked for the Defendant, American Commercial Barge Line, on the motor vessel, Nancy Allen;

3. After his alleged injury, Defendants paid the Plaintiff maintenance at the daily rate of $30.00;

4. The Defendants thereafter, upon request of the Plaintiff, offered an additional wage advance of $50.00 daily. These Defendants created, and the Plaintiff signed, a Wage Advance Agreement on July 14, 2014. That Agreement contained a forum selection clause that required any claim or lawsuit arising from the damages the Plaintiff

1


EXHIBIT D (tabbies)

alleged were sustained while working on the Nancy Allen be filed in the U.S. District Court for the Southern District of Indiana.

5. The Plaintiff nonetheless filed his claim for damages in this court;

6. The Defendant argues that this forum selection clause is valid, and should be enforced by transferring this matter to the Federal District Court pursuant to Indiana Trial Rule 75;

7. This court agrees with the Defendants. The forum selection clause is valid and enforceable;

8. This matter is not dismissed. Rather, the court orders the matter to be transferred to the United States District Court for the Southern District of Indiana. Pursuant to Trial Rule 75(B)(2), the plaintiff shall pay whatever costs necessary for the transfer of this case.

SO RECOMMENDED THIS THE \_\_\_2d\_\_\_ DAY OF FEBRUARY, 2017

_____
WILLIAM A. DAWKINS, Magistrate
Clark Circuit Court No. 2

SO ORDERED THIS THE \_\_\_2nd\_\_\_ DAY OF FEBRUARY, 2017

_____
BRADLEY B. JACOBS, Judge
Clark Circuit Court No. 2

Copies to:
    Karl Truman, 420 Wall Street, Jeffersonville, IN 47130
    Jay D. Patton, 5300 Socialville-foster Rd., Ste. 200, Mason OH 45040