

**Transferred case has been opened**
insd_cmecf    to: InterdistrictTransfer_LAED            06/29/2018 02:49 PM

```
CASE: 2:18-cv-02008

DETAILS: Case transferred from Louisiana Eastern
has been opened in Southern District of Indiana
as case 4:18-cv-00114, filed 06/29/2018.
```